**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALFONSO HARRELL, | Civil Action No: 24-10648(MCA) |
| Plaintiff(s), | **ORDER FOR DISMISSAL** |
| v. | |
| UNIVERSAL SPORTING GOODS, INC., | |
| Defendant(s). | |

It appearing in the above captioned action that the plaintiff has failed to move this action by requesting that default judgment be entered against defendant within the time frame established by this Court;

**It is on this 30th day of July, 2025;**

**ORDERED** that this action is hereby dismissed, without prejudice for failure to comply with the court's order of May 19, 2025.

*s/Madeline Cox Arleo*
Hon. Madeline Cox Arleo
UNITED STATES DISTRICT JUDGE